**Appeal Dismissed and Memorandum Opinion filed February 18, 2021.**



**In The**

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

## NO. 14-20-00856-CV

**APACHE COMMODITIES GROUP, INC., Appellant**

**V.**

**ACCUWORX ENVIRONMENTAL INC., Appellee**

**On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 2018-59403**

### MEMORANDUM OPINION

This is an appeal from a judgment signed November 24, 2020. The notice of appeal was filed December 22, 2020. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code § 51.207 (appellate fees and costs).

On January 28, 2021, this court ordered appellant to pay the appellate filing fee on or before February 8, 2021, or the appeal would be dismissed. Appellant has

not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Jewell, Bourliot and Hassan.